UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
<u>CIVIL MINUTES - GENERAL</u>

Case No.   <u>SA CV08-1044-AHS(RNBx)</u>                                Date: <u>February 17, 20</u>09

TITLE:     <u>LIFTED RESEARCH GROUP INC. v. JOSEPH ATIA, etc., et al.</u>

===============================================================================
PRESENT:   <u>HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE</u>

     <u>Ellen Matheson</u>                              <u>Not Present</u>
     Deputy Clerk                                  Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS**            **ATTORNEYS PRESENT FOR DEFENDANTS**
None Present                                    None Present

**PROCEEDINGS:** (In Chambers)
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION
RETURNABLE: MARCH 16, 2009

     The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **March 16, 2009,** why this action should not be dismissed for lack of prosecution. The Court notes in this regard, that absent a showing of good cause, an action <u>shall</u> be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint. <u>Fed. R. Civ. P.</u> 4(m). An action may be dismissed prior to such time if plaintiff has not diligently prosecuted the action. No oral argument will be heard unless otherwise ordered by the Court.

     The Order to Show Cause will stand submitted upon the filing of plaintiff's response. No response is required if responsive pleading(s) and/or proof(s) of service (indicating proper service in full compliance with the federal rules) as to the defendant has been filed on or before the date upon which the response is due.

     The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                                                   :
                                                  Initials of Deputy Clerk:  <u>enm</u>