**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**CIVIL MINUTES - GENERAL**

Case No.   <u>SA CV08-1044-AHS(RNBx)</u>                              Date: <u>June 17, 2009</u>

Title:   <u>LIFTED RESEARCH GROUP INC. v. JOSSEF ATIA, etc., et al.</u>

==================================================================
PRESENT: HON. <u>ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE</u>

<u>Ellen Matheson</u>                         <u>None</u>
Deputy Clerk                            Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None present                                  None present

PROCEEDINGS: (In Chambers)
             ORDER TO SHOW CAUSE RE DISMISSAL
             RETURNABLE: JULY 15, 2009

   Counsel are hereby ordered to show cause in writing no later than **July 15, 2009**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of plaintiff's response.

   Counsel is advised that the Court will consider the filing of plaintiff's motion for entry of default judgment as to both defendants, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

   The Clerk shall serve this minute order on all parties/counsel in this action.

                                                        ___ : ___
                                    Initials of Deputy Clerk: <u>enm</u>