JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>JOSSEF ATIA a/k/a JOSEPH ATIA d/b/a KING OF MUSIC AND FASHION d/b/a HIP HOP CITY d/b/a WATTS HIP HOP CITY; HIP HOP SITY INC., a California corporation, d/b/a KING OF MUSIC AND FASHION d/b/a HIP HOP CITY d/b/a WATTS HIP HOP CITY; and DOES 1-10,<br><br>Defendants. | Case No. SA CV08-01044-AHS (RNBx)<br><br>(Complaint filed: September 17, 2008)<br><br>**JUDGMENT (See Permanent Injunction Separately Issued & Filed this Date)**<br><br>DATE:    September 14, 2009<br>TIME:    10:00 a.m.<br>PLACE:   Courtroom 10A<br><br>The Honorable Alicemarie H. Stotler |

THIS MATTER having come before the Court upon motion by Plaintiff, Lifted Research Group, Inc. ("LRG"), for a final default judgment of its claims against Defendants Jossef Atia a/k/a Joseph Atia d/b/a King of Music and Fashion d/b/a Hip Hop City d/b/a Watts Hip Hop City ("Atia") and Hip Hop Sity Inc., a California corporation, d/b/a King of Music and Fashion d/b/a Hip Hop City d/b/a Watts Hip Hop City ("Hip Hop Sity") (collectively the "Defendants") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and the Court having reviewed and considered the moving papers and there being no opposition thereto;

1  IT IS HEREBY ORDERED that LRG's Motion for Default Judgment is
2  GRANTED, and judgment is entered in favor of Plaintiff, LRG, with its principal
3  place of business located at 9600 Toledo Avenue, Irvine, California 92618, and
4  against Defendants Atia and Hip Hop Sity, last known to be conducting business at
5  1629 East 103rd Street, Los Angeles, California 90002;
6  IT IS FURTHER ORDERED AND ADJUDGED that, in addition to a
7  Permanent Injunction, separately issued and filed on this date:
8  1.  Pursuant to 15 U.S.C. § 1117(c), LRG is awarded statutory damages
9  against the Defendants, jointly and severally, in the amount of Sixty Thousand
10 Dollars and Zero Cents ($60,000.00), for trademark infringement, for which let
11 execution issue;
12 2.  Pursuant to 17 U.S.C. § 504, LRG is awarded statutory damages
13 against the Defendants, jointly and severally, in the amount of Thirty Thousand
14 Dollars and Zero Cents ($30,000.00), for which let execution issue;
15 3.  Pursuant to 15 U.S.C. § 1117(a) and 17 U.S.C.§ 505 LRG is awarded
16 attorneys' fees against the Defendants, jointly and severally, in the amount of Four
17 Thousand Six Hundred Ten Dollars and Fifty Cents ($4,610.50), for which let
18 execution issue;
19 4.  Pursuant to 15 U.S.C. § 1117(a) LRG, is awarded investigative fees
20 against the Defendants, jointly and severally, in the amount of One Thousand Six
21 Dollars and Seventy Five Cents ($1,006.75), for which let execution issue;
22 //
23 //
24 //
25 //
26 //
//
//

1        5.    Pursuant to 15 U.S.C. § 1117(a) LRG, is awarded costs the
2  Defendants, jointly and severally in the amount of Five Hundred Dollars and Zero
3  Cents ($500.00), for which let execution issue; and Judgment for $96,117.25 is
4  granted to Plaintiff against Defendants for which let execution issue.
5        6.    Interest from today's date shall accrue at the legal rate.
6  IT IS SO ORDERED.
7  Dated: September 14, 2009.    <u>ALICEMARIE H. STOTLER</u>
8                                  Honorable Alicemarie H. Stotler
                                  UNITED STATES DISTRICT JUDGE